S. LANE TUCKER
United States Attorney

CODY TIRPAK
ADAM ALEXANDER
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-3392
Email: cody.tirpak@usdoj.gov
Email: adam.alexander@usdoj.gov

BRANDON SMITH
Trial Attorney
United States Department of Justice
Civil Division, Office of Immigration Litigation
450 5th Street, NW
Washington, D.C. 20530
Phone: (202) 305-3675
Email: brandon.smith5@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>BRIAN STEVEN SMITH,<br><br>　　　　　　　　　Defendant. | No. 3:24-cr-00040-SLG-KFR<br><br>COUNT I<br>UNLAWFUL PROCUREMENT OF NATURALIZATION<br>　Vio. of 18 U.S.C. § 1425(a)<br><br>COUNT 2<br>UNLAWFUL PROCUREMENT OF NATURALIZATION BY AN INELIGIBLE PERSON<br>　Vio. of 18 U.S.C. § 1425(b):<br><br>REVOCATION OF CITIZENSHIP<br>　18 U.S.C. § 1451(e) |

# INDICTMENT

The Grand Jury charges that:

## COUNT 1

Between on or about June 7, 2019 and on or about September 20, 2019, within the District of Alaska, the defendant BRIAN STEVEN SMITH, did knowingly procure, obtain, and apply for himself, contrary to law, the naturalization of himself, to wit, by making material false sworn statements in connection with his naturalization application, as follows:

    a.    On Part 12, Question 14.C. of his Application for Naturalization (Form N-400), in response to the question "Were you **EVER** involved in any way with any of the following: Killing, or trying to kill, someone?" Defendant SMITH answered, "No." Defendant SMITH's response was false because, as Defendant SMITH then knew, on or about September 4, 2019, and on or about January 1, 2018 to on or about January 1, 2019, Defendant SMITH committed the following offenses:

- Charge 1: AS 11.41.100(a)(1)(A): Murder 1-Intent to Cause Death, as to Kathleen Henry.
- Charge 2: AS 11.41.110(a)(1): Murder 2-Intend Serious Injury, as to Kathleen Henry.
- Charge 3: AS 11.41.110(a)(2): Murder 2-Extreme Indifference, as to Kathleen Henry.
- Charge 9: AS 11.41.100(a)(1)(A): Murder 1-Intent to Cause Death, as to Veronica Abouchuk.
- Charge 10: AS 11.41.110(a)(1): Murder 2-Intend Serious Injury, as to Veronica Abouchuk.

- Charge 11: AS 11.41.110(a)(2): Murder 2-Extreme Indifference, as to Veronica Abouchuk.

As evidenced by his conviction on February 22, 2024 in the Superior Court for the State of Alaska, Third Judicial District at Anchorage.

b. On Part 12, Question 14.D. of his Application for Naturalization (Form N-400), in response to the question, "Were you **EVER** involved in any way with any of the following: Badly hurting, or trying to hurt, a person on purpose?" Defendant SMITH answered, "No." Defendant SMITH's response was false because, as Defendant SMITH then knew, on or about September 4, 2019 and on or about January 1, 2018 to on or about January 1, 2019, Defendant SMITH committed the following offenses:

- Charge 2: AS 11.41.110(a)(1): Murder 2-Intend Serious Injury, as to Kathleen Henry.
- Charge 3: AS 11.41.110(a)(2): Murder 2-Extreme Indifference, as to Kathleen Henry.
- Charge 10: AS 11.41.110(a)(1): Murder 2-Intend Serious Injury, as to Veronica Abouchuk.
- Charge 11: AS 11.41.110(a)(2): Murder 2-Extreme Indifference, as to Veronica Abouchuk.

As evidenced by his conviction on February 22, 2024 in Superior Court for the State of Alaska, Third Judicial District at Anchorage.

c. On Part 12, Question 14.E. of his Application for Naturalization (Form N-400), in response to the question, "Were you **EVER** involved in any way with any of the following: Forcing, or trying to force, someone to have any kind of sexual contact or

relations?" Defendant SMITH answered, "No." Defendant SMITH's response was false because, as Defendant SMITH then knew, on or about September 4, 2019 and on or about January 1, 2018 to on or about January 1, 2019, Defendant SMITH committed the following offenses:

- Charge 4: AS 11.41.420(a)(1): Sex Assault 2- Contact Without Consent, as to Kathleen Henry.
- Charge 5: AS 11.41.420(a)(1): Sex Assault 2- Contact Without Consent, as to Kathleen Henry.

As evidenced by his conviction on February 22, 2024 in Superior Court for the State of Alaska, Third Judicial District at Anchorage.

    d.      On Part 12, Question 22 of his Application for Naturalization (Form N-400), in response to the question, "Have you **EVER** committed, assisted in committing, or attempted to commit, a crime of offense for which you were **NOT** arrested?" Defendant SMITH answered, "No." Defendant SMITH's response was false because, as Defendant SMITH then knew, on or about September 4, 2019, and on or about January 1, 2018 to on or about January 1, 2019, Defendant Smith committed the following offenses for which he had not been arrested:

- Charge 1: AS 11.41.100(a)(1)(A): Murder 1-Intent to Cause Death, as to Kathleen Henry.
- Charge 2: AS 11.41.110(a)(1): Murder 2-Intend Serious Injury, as to Kathleen Henry.
- Charge 3: AS 11.41.110(a)(2): Murder 2-Extreme Indifference, as to Kathleen Henry.

- Charge 4: AS 11.41.420(a)(1): Sex Assault 2- Contact Without Consent, as to Kathleen Henry.
- Charge 5: AS 11.41.420(a)(1): Sex Assault 2- Contact Without Consent, as to Kathleen Henry.
- Charge 6: AS 11.56.610(a)(1): Tamper with Physical Evidence – Destroy, Alter, or Suppress, as to Kathleen Henry.
- Charge 7: AS 11.56.610(a)(1): Tamper with Physical Evidence – Destroy, Alter, or Suppress, as to Kathleen Henry.
- Charge 8: AS 11.56.610(a)(1): Tamper with Physical Evidence – Destroy, Alter, or Suppress, as to Kathleen Henry.
- Charge 9: AS 11.41.100(a)(1)(A): Murder 1-Intent to Cause Death, as to Veronica Abouchuk.
- Charge 10: AS 11.41.110(a)(1): Murder 2-Intend Serious Injury, as to Veronica Abouchuk.
- Charge 11: AS 11.41.110(a)(2): Murder 2-Extreme Indifference, as to Veronica Abouchuk.
- Charge 12: AS 11.56.610(a)(1): Tamper with Physical Evidence – Destroy, Alter, or Suppress, as to Veronica Abouchuk.
- Charge 13: AS 11.61.130(a)(2): Misconduct with Corpse-Sexual Penetration, as to Veronica Abouchuk.
- Charge 14: AS 11.56.610(a)(1): Tamper with Physical Evidence – Destroy, Alter, or Suppress, as to Veronica Abouchuk.

As evidenced by his conviction on February 22, 2024 in Superior Court for the State of Alaska, Third Judicial District at Anchorage.

All of which is in violation of 18 U.S.C. § 1425(a).

## COUNT 2

Between on or about June 7, 2019, and on or about September 20, 2019, in the District of Alaska and elsewhere, the defendant, BRIAN STEVEN SMITH, did knowingly procure, obtain, and apply for naturalization for himself, to which he was not entitled, to wit, at the time of his naturalization:

a. Defendant SMITH could not satisfy the requirement for naturalization, pursuant to 8 U.S.C. § 1427, that he was a person of "good moral character," because when he was pursuing his naturalization, he gave false testimony for the purpose of obtaining any benefits under Chapter 12 of Title 8 of the United States Code, as set forth and charged in Count One of this Indictment; and,

b. Defendant SMITH could not satisfy the requirement for naturalization, pursuant to 8 U.S.C. § 1427, that he was a person of "good moral character," because when he was pursuing his naturalization, and during the statutory period preceding his naturalization, he committed unlawful acts, to wit: murder, sexual assault, tampering with physical evidence, and misconduct with a corpse through sexual penetration, as set forth and charged in Count One of this Indictment.

All of which is in violation of 18 U.S.C. § 1425(b).

REVOCATION OF CITIZENSHIP

Notice is hereby given that upon conviction of either Count 1 or Count 2 of the Indictment, Defendant SMITH's naturalization shall, by Court order, be revoked, set aside, and declared void, and Defendant SMITH's certificate of naturalization shall, by the same order, be cancelled, pursuant to 8 U.S.C. § 1451(e).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ C. Cody Tirpak
C. CODY TIRPAK
Assistant U.S. Attorney
United States of America

s/ S. Lane Tucker
S. LANE TUCKER
United States Attorney
United States of America

DATE: 4/16/2024