AO 442 (Rev. 11/11) Arrest Warrant

**RECEIVED**
By United States Marshals Service at 10:16 am, Apr 18, 2024

UNITED STATES DISTRICT COURT
for the
District of Alaska

FID: 11664374
Warrant: 2406-0418-0354-J
NCIC: Not entered by USMS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) Case Number: 3:24-CR-00040-JMK-MMS |
| BRIAN STEVEN SMITH | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* BRIAN STEVEN SMITH,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Petition  ☐ Supervised Release Petition  ☐ Pretrial Petition  ☐ Order of the Court

This offense is briefly described as follows:

18:1425(a) UNLAWFUL PROCUREMENT OF NATURALIZATION – Count 1
18:1425(b) UNLAWFUL PROCUREMENT OF NATURALIZATION BY AN INELIGIBLE PERSON- Count 2

Date: April 18, 2024

By s/Brenda Kappler, Deputy Clerk
*Issuing officer's signature*

City and state: Anchorage, Alaska

Candice Duncan, Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* 04/18/2024, and the person was arrested on *(date)* 05/06/2024
at *(city and state)* Anchorage, AK.

Date: 05/06/2024

for: Agent Y. Lee
*Arresting officer's signature*

Federal WRIT/DETAINER

G. Adrien(USMS) for Agent Y. Lee(HSI)
*Printed name and title*