MICHAEL J. HEYMAN
United States Attorney

JORDYN CALDWELL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: Jordyn.Caldwell@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | No. 3:24-cr-00040-SLG-KFR |
| BRIANSTEVEN SMITH, | |
| Defendant. | |

**GOVERNMENT'S RESPONSE OPPOSING IN PART DEFENDANT'S
MOTION FOR A HEARING (DKT. 116)**

The Defendant filed a motion at docket 116 requesting an emergency hearing. The

Government does not oppose having a status hearing to discuss the status of discovery in

this case. However, the Defendant also requests that the hearing not take place in front of

the assigned Magistrate Judge. Because there has not been a removal of the Magistrate

Judge from the case, the government opposes the hearing being set in front of a different

Judge.

RESPECTFULLY SUBMITTED July 24, 2026 at Anchorage, Alaska.

MICHAEL J. HEYMAN
United States Attorney

/s Jordyn Caldwell
JORDYN CALDWELL
Assistant United States Attorney
United States of America

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 24, 2026 a true and correct copy of the foregoing was served electronically on all counsel of record.

/s Jordyn Caldwell

U.S. v. SMITH
3:24-cr-00040-SLG-KFR